UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NESTOR A. PROVEYER

CASE NO. 1:26-cv-23742-RAR

Plaintiff,

vs.

SAGE DENTAL MANAGEMENT LLC
a Florida Limited Liability Company
D/B/A SAGE DENTAL

Defendant,
_______________________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, NESTOR A. PROVEYER and Defendant SAGE DENTAL MANAGEMENT LLC D/B/A SAGE DENTAL, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Dismissal with Prejudice. All claims that were brought or that could have been brought by Plaintiff in this lawsuit are hereby dismissed with prejudice. Each party shall bear their own attorney fees and costs, and expenses, including expert expenses if any.

Respectfully submitted,

NESTOR A. PROVEYOR

By: /s/ Diego G. Mendez
Diego German Mendez
Florida Bar No. 52748
Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 1-305.809.8474
Email:info@mendezlawoffices.com

SAGE DENTAL MANAGEMENT
D/B/A SAGE DENTAL

By: /s/ Joseph Warren Swanson
Joseph Warren Swanson
Florida Bar No. 29618
Foley & Lardner LLP
Attorney for Defendant
100 N Tampa Street
Suite 2700
Tampa, FL 33602
Telephone: 813.229.2300
Email: joe.swanson@foley.com

By: /s/ Richard J. Adams
Richard J. Adams

Florida Bar No. 770434
Adams & Associates, P.A.
Attorneys for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw@bellsouth.net